LAWRENCE ARVEY, Appellant, v. SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 9593

March 30, 1977                                        561 P.2d 1341

William B. Terry, Las Vegas, for Appellant.

George E. Holt, District Attorney, and J. Michael McGroarty, Deputy District Attorney, Clark County, for Respondent.

## OPINION

Per Curiam:

On the authority of, and for the same reasons stated in, Hilkert v. Sheriff, 93 Nev. 153, 561 P.2d 448 (1977), we

---

reverse the district judge's order denying Lawrence Arvey's petition for a writ of habeas corpus.